```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 18552
    JOSEPH CARDENAS
    JOYCE CARDENAS                          CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-2106    SSN XXX-XX-9854

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 07/18/2008 and was confirmed 10/20/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 03/09/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
IL STATE DISBURSEMENT UN  DSO ARREARS       7593.56          .00            .00
VILLAGE OF NILES          UNSECURED        NOT FILED         .00            .00
SBC ILLINOIS              UNSECURED        NOT FILED         .00            .00
ELK GROVE VILLAGE         UNSECURED        NOT FILED         .00            .00
CINGULAR WIRELESS CHICAG  UNSECURED        NOT FILED         .00            .00
CAPITAL ONE               UNSECURED         1139.33          .00            .00
CITY OF CHICAGO PARKING   UNSECURED         2320.00          .00            .00
COMCAST                   UNSECURED        NOT FILED         .00            .00
COMCAST                   UNSECURED        NOT FILED         .00            .00
CALVIN FINKEL DDS         UNSECURED        NOT FILED         .00            .00
AT&T/SBC/ILLINOIS FACC    UNSECURED        NOT FILED         .00            .00
AT&T/SBC/ILLINOIS FACC    UNSECURED        NOT FILED         .00            .00
PREMIER BANCARD CHARTER   UNSECURED          450.26          .00            .00
LUTHERAN GENERAL HOSPITA  UNSECURED        NOT FILED         .00            .00
PARK RIDGE ANESTHESIOLOG  UNSECURED        NOT FILED         .00            .00
MEDICAL CARE GROUP        UNSECURED        NOT FILED         .00            .00
ADVANCED RADIOLOGY        UNSECURED        NOT FILED         .00            .00
NICOR GAS                 UNSECURED        NOT FILED         .00            .00
NICOR GAS                 UNSECURED        NOT FILED         .00            .00
AT&T WIRELESS             UNSECURED          677.75          .00            .00
GREAT SENECA              UNSECURED         1862.14          .00            .00
VILLAGE OF NILES FINANCE  UNSECURED        NOT FILED         .00            .00
AT & T                    UNSECURED        NOT FILED         .00            .00
ROUNDUP FUNDING LLC       UNSECURED          448.48          .00            .00
J RUSCHINSKI              NOTICE ONLY      NOT FILED         .00            .00
ROUNDUP FUNDING LLC       UNSECURED          836.76          .00            .00
CITY OF CHICAGO DEPT OF   UNSECURED         2300.00          .00            .00
KIMBERLY HAMPTON          NOTICE ONLY      NOT FILED         .00            .00
COMMONWEALTH EDISON       UNSECURED          366.65          .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,494.00                      292.32
TOM VAUGHN                TRUSTEE                                          22.68
DEBTOR REFUND             REFUND                                            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 18552 JOSEPH CARDENAS & JOYCE CARDENAS
```

```
       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    315.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     292.32
TRUSTEE COMPENSATION                                22.68
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                     315.00                  315.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 03/26/09                 /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE